DOWNEY BRAND LLP
NICOLE E. GRANQUIST (Bar No. 199017)
GREGORY T. BRODERICK (Bar No. 220871)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
ngranquist@downeybrand.com
gbroderick@downeybrand.com

Attorneys for Defendants
CEMEX, Inc., CEMEX CONSTRUCTION
MATERIALS PACIFIC, LLC, and RMC PACIFIC
MATERIALS, Inc.

Christopher Sproul (Bar No. 126398)
Jodene Isaacs (Bar No. 226895)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376, (510) 847-3467
Facsimile: (415) 358-5695
csproul@enviroadvocates.com
jisaacs@enviroadvocates.com

Attorneys for Plaintiff
BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER,<br><br>            Plaintiff,<br><br>v.<br><br>CEMEX, Inc., CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, and RMC PACIFIC MATERIALS, Inc.,<br><br>            Defendants. | Case No. C 09-04832 CW<br>**ORDER RE:**<br>**NOTICE OF SETTLEMENT OF ENTIRE CASE; REQUEST TO VACATE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff Baykeeper ("Baykeeper") and Defendants

Cemex, Inc., Cemex Construction Materials Pacific, LLC, and RMC Pacific Materials, Inc.,

1  ("Cemex") (collectively, the "Parties") have agreed to enter into a settlement that achieves a full
2  and final settlement of all Plaintiff's claims as set forth in Civil Case No C 09-04832 CW.

3        The Parties have agreed to the terms of settlement and are circulating final settlement
4  documents for review and approval.  The final settlement agreement will be submitted to the U.S.
5  Department of Justice and the U.S. Environmental Protection Agency ("Federal Agencies") for a
6  45-day review and comment period consistent with 40 C.F.R. §135.5.  Upon the expiration of the
7  45-day review and comment period, provided that the settlement is not contested by the reviewing
8  Federal Agencies, the Parties will file a Stipulation to Dismiss Plaintiff's Claims With Prejudice,
9  requesting therein that the District Court retain jurisdiction over this case solely for the purpose of
10 enforcing the terms of the settlement should a dispute arise between the Parties.

11       Consistent with the impending settlement of this action, the Parties hereby respectfully
12 request that the Court vacate from its calendar the April 6, 2010 Initial Case Management
13 Conference and all related deadlines set forth in the October 13, 2009 Order Setting Initial Case
14 Management Conference and ADR Deadlines.

16 DATED:  March 12, 2010        DOWNEY BRAND LLP

18         By:  /s/ Nicole E. Granquist
19         NICOLE E. GRANQUIST
        Attorney for Defendants
20         CEMEX, Inc., CEMEX CONSTRUCTION
        MATERIALS PACIFIC, LLC, and RMC
21         PACIFIC MATERIALS, Inc.

22 DATED:  March 12, 2010        ENVIRONMENTAL ADVOCATES

24         By:  Christopher a. Sproul
25         CHRISTOPHER SPROUL
        Attorney for Plaintiff
        BAYKEEPER

26 IT IS HEREBY ORDERED THAT THE CASE MANAGEMENT CONFERENCE IS
27 CONTINUED TO 7/27/10 at 2:00 p.m.

*IT IS SO ORDERED*
*Judge Claudia Wilken*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

DOWNEY BRAND LLP