Christopher Sproul (State Bar No. 126398)
Jodene Isaacs (State Bar No. 226895)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email:  csproul@enviroadvocates.com
Email:  jisaacs@enviroadvocates.com

Jason Flanders (State Bar No. 238007)
BAYKEEPER
785 Market Street, Suite 850
San Francisco, CA 94013
Telephone: (415) 856-0444 x106
Facsimile: (415) 856-0443
Email: jason@baykeeper.org

Attorneys for Plaintiff
BAYKEEPER

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CEMEX, Inc., CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, and RMC PACIFIC MATERIALS,<br><br>Defendants. | Civil No. C-09-04832 CW<br><br>[PROPOSED] ORDER DISMISSING COMPLAINT |

1
2
3
4
5

After consideration of the Settlement Agreement between the parties attached to this order, I hereby dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and retain jurisdiction over the parties with respect to any disputes that may arise under the Settlement Agreement.

6
7

APPROVED AND SO ORDERED, this 27th day of __May__, 2010.

8
9
10
11

_____
Hon. CLAUDIA WILKIN
United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proposed Order Dismissal
C-09-04832 CW